Ava STRACHAN, etc., et al., Appellants,

v.

Bobby John CRIDER, Executor etc., et al., Appellees.

Court of Appeals of Kentucky.

Feb. 16, 1973.

William S. Greenwell, Marion, for appellants.

Thomas B. Spain, Madisonville, J. Wendell Roberts, Marion, Hobson L. James, Elizabethtown, for appellees.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

Gerald FAUGHT, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Feb. 16, 1973.

Rehearing Denied May 4, 1973.

Gerald Faught, pro se.

Ed W. Hancock, Atty. Gen., Jackson D. Guerrant, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner Roy N. VANCE, Affirming.*

Ruie Gannon COLLEY et al., Appellants,

v.

Marie Gannon FULTZ, Appellee.

Court of Appeals of Kentucky.

Feb. 16, 1973.

Thomas R. Burns, Morehead, Thomas D. Theobald, Jr., Grayson, for appellants.

O. F. Duval, Counts & Duval, Olive Hill, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Reversing.*

* Opinion ordered not to be published.